■ AMERICAN EXPRESS COMPANY v UNITED STATES LINES, INC., et al.—Motions, insofar as they seek reargument, denied and, insofar as they seek leave to appeal to the Court of Appeals granted and the following question certified: "Was the order of this court, which modified the order of the Supreme Court entered October 30, 1978 and reversed an order and judg-

ment of said court entered on October 30, 1978 and November 22, 1978, respectively, properly made?" Concur—Sullivan, J. P., Ross, Lupiano, Silverman and Bloom, JJ.